FILED '09 FEB 25 12:34 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JONATHAN ELEK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil No. 07-6219-TC |
| v. ) | |
| ) | ORDER |
| SAFEWAY, INC., a foreign ) | |
| corporation, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| v. ) | |
| ) | |
| ERIC BEAM, et al., ) | |
| ) | |
| Third Party Defendants. ) | |
| ) | |

Magistrate Judge Thomas M. Coffin filed Findings and Recommendation on January 15, 2009, in the above entitled case. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a <u>de novo</u> determination of that portion of the magistrate judge's report. See 28 U.S.C. § 636(b)(1);

1    - ORDER

<u>McDonnell Douglas Corp. v. Commodore Business Machines, Inc.</u>, 656 F.2d 1309, 1313 (9th Cir. 1981), <u>cert</u>. <u>denied</u>, 455 U.S. 920 (1982).

Plaintiff has timely filed objections. I have, therefore, given <u>de novo</u> review of Magistrate Judge Coffin's rulings.

I find no error. Accordingly, I ADOPT Magistrate Judge Coffin's Findings and Recommendation filed January 15, 2009, in its entirety. Defendant's motion for summary judgment (#45) is allowed and this action is dismissed.

IT IS SO ORDERED.

DATED this __25th__ day of __Feb.__, 2009.

_____
UNITED STATES DISTRICT JUDGE

2    - ORDER